# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION;<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>OSBALDO ARCEO; and HUFFAKER HILLS UNIT NO. 2 RESIDENCE ASSOCIATION,<br><br>　　　　Defendants. | Case No.: 3:17-CV-00397-LRH-WGC<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Plaintiff, Federal National Mortgage Association and Defendant, Huffaker Hills Unit No. 2 Residence Association (collectively referred to as the "Parties", individually as "Party"), by and through their respective undersigned counsel, hereby stipulate as follows:

**IT IS HEREBY STIPULATED AND AGREED** that any and all claims between the Parties are hereby dismissed with prejudice.

///

///

///

///

**IT IS FURTHER STIPULATED AND AGREED** that each Party shall bear its own fees and costs incurred in this action.

DATED this 28th day of August, 2018.

WRIGHT, FINLAY & ZAK, LLP

/s/ Christina V. Miller, Esq.
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Christina V. Miller, Esq.
Nevada Bar No. 12448
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
*Attorneys for Plaintiff, Federal National Mortgage Association*

DATED this 28th day of August, 2018.

TYSON & MENDES LLP

/s/ Margaret E. Schmidt, Esq.
Thomas E. Mcgrath, Esq.
Nevada Bar No. 7086
Christopher A. Lund, Esq.
Nevada Bar No. 12435
Margaret E. Schmidt, Esq.
Nevada Bar No. 12489
3960 Howard Hughes Pkwy, Ste. 600
Las Vegas, Nevada 89169
*Attorneys for Defendant Huffaker Hills Unit No. 2 Residence Association*

## ORDER

**IT IS SO ORDERED**.

DATED this 4th day of September, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE