WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
cmiller@wrightlegal.net
*Attorneys for Plaintiff, Federal National Mortgage Association*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION;<br><br>Plaintiff,<br><br>vs.<br><br>OSBALDO ARCEO; and HUFFAKER HILLS UNIT NO. 2 RESIDENCE ASSOCIATION,<br><br>Defendants. | Case No.:  3:17-CV-00397-LRH-WGC<br>**ORDER GRANTING**<br>**EX PARTE MOTION TO REMOVE**<br>**COUNSEL FROM SERVICE LIST** |

COMES NOW, Plaintiff, Federal National Mortgage Association ("Plaintiff"), by and through its attorney of record, Christina V. Miller, Esq. of the law firm Wright, Finlay & Zak, LLP and requests the removal of Dana Jonathon Nitz, Esq. ("Previous Attorney") from the Service List in the above-captioned matter. This case was reassigned within Wright, Finlay & Zak, LLP to Christina V. Miller, Esq. Subsequent filings have been made and Previous Attorneys are receiving notices of the proceedings in this case. As a result, it is no longer necessary that Previous Attorneys receive notice of the ongoing proceedings.

///

///

Accordingly, the undersigned counsel requests that Dana Jonathon Nitz, Esq. be removed from the Service List in this matter.

DATED this 14th day of April, 2021..

        WRIGHT, FINLAY & ZAK, LLP

        */s/ Christina V. Miller, Esq.*
        Christina V. Miller, Esq.
        Nevada Bar No. 12448
        7785 W. Sahara Ave., Suite 200
        Las Vegas, NV 89117
        *Attorney for Plaintiff, Federal National Mortgage Association*

## **ORDER**

**IT IS SO ORDERED.**

DATED: April 14, 2021.

*William G. Cobb*
_____
UNITED STATES MAGISTRATE JUDGE